Baxter *v*. Prickett's Administrator.

Earnings of Wife.—The earnings of the wife belong to the husband. The statute has not changed the common law rule on this subject.

APPEAL from the *Grant* Common Pleas.

Frazer, J.—This suit was by a married woman to recover for personal services rendered for the benefit of another married woman, now deceased, in pursuance of a contract attempted to be entered into between them. A

demurrer was sustained to the complaint, and error is assigned upon that ruling.

It is very plain that the right of action, if any, is in the husband, and not in the wife. The earnings of the latter belong to the former, as at common law, our statute having made no change in this respect.

The judgment is affirmed, with costs.

*J. Brownlee,* for appellant.

*A. Steele* and *R. T. St. John,* for appellee.